**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7418

JAMES BUTLER,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; S.
DEWALT, Warden; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (1:05-cv-00387-WMN)

Submitted: December 20, 2007      Decided: December 28, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Butler, Appellant Pro Se. Larry David Adams, Assistant United
States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Butler appeals the district court's order granting summary judgment to Defendants in his suit under the Federal Tort Claims Act.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Butler v. DeWalt</u>, No. 1:05-cv-00387-WMN (D. Md. filed July 24, 2007 & entered July 25, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>